

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00679-CV

**IN RE SOUTHCROSS ENERGY PARTNERS, GP, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

In an order dated October 27, 2017, this court abated this mandamus proceeding pursuant to Texas Rule of Appellate Procedure 7.2(b) to allow the successor judge in the 229th Judicial District Court, Bexar County, Texas to reconsider Judge Ana Lisa Garza's September 29, 2017 order granting a new trial.

On October 31, 2017, the Presiding Judge of the Fifth Administrative District assigned the Honorable Sandra Watts to the 229th Judicial District Court to preside over the underlying lawsuit. Subsequently, both relator and the real parties in interest filed letters with this court recommending that Judge Watts be authorized to act as the "successor judge" under Rule 7.2(b).

Pursuant to Texas Rule of Appellate Procedure 7.2(b), we continue the ABATEMENT of this proceeding to allow Judge Sandra Watts to reconsider Judge Garza's September 29, 2017 order granting a new trial. Judge Watts is directed to reconsider the challenged ruling no later than thirty days from the date of this order and determine whether the challenged order should remain in effect, be modified, or be set aside and a new order rendered accordingly.

No later than fourteen days after Judge Watts's ruling on the reconsideration of Judge Garza's September 29, 2017 order, Relator is ORDERED to file in this court either a motion to dismiss this original proceeding or an amended petition for writ of mandamus with an appendix containing Judge Watts's order or other document showing her ruling.

---

[1] This proceeding arises out of Cause No. DC-16-139, styled *Ivy Gonzalez on Behalf of M. R. Gonzalez et al v. Southcross Energy Partners, GP LLC*, pending in the 229th Judicial District Court, Duval County, Texas.

It is so **ORDERED** on November 17, 2017.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle,
Clerk of Court